VEDDER PRICE (CA), LLP
Heather M. Sager (State Bar No. 186566)
hsager@vedderprice.com
Brittany A. Sachs (State Bar No. 287651)
bsachs@vedderprice.com
275 Battery Street
Suite 2464
San Francisco, California 94111
T: +1 (415) 749-9500
F: +1 (415) 749-9502

Attorneys for Defendant
SCHAWK USA INC.

BOUTIN JONES INC.
Robert D. Swanson (State Bar No. 162816)
RSwanson@boutinjones.com
Bashar Ahmad (State Bar No. 258619)
BAhmad@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7697

Attorneys for Plaintiffs
PATRICK HAGERMAN AND MARK SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HAGERMAN and MARK SILVA,<br><br>Plaintiffs,<br><br>vs.<br><br>SCHAWK USA INC., A DELAWARE CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-02257 NC<br><br>**JOINT STIPULATION TO EXTEND SCHAWK USA INC.'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT** AND ORDER THEREON |

JOINT STIP. TO EXTEND DEADLINE TO
RESPOND TO 2ND AMENDED CMPLT.
[CASE NO. 3:14-CV-02257 NC]

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SAN_FRANCISCO/#17003.1
645232.2

1  TO THE COURT:

2  Pursuant to Civil L.R. 6-1, Defendant Schawk USA Inc. ("Schawk") and Plaintiffs Patrick
3  Hagerman and Mark Silva (with Schawk collectively the "Parties") by and through their counsel
4  of record, hereby stipulate to the following:

5  WHEREAS Defense counsel requested Plaintiffs' counsel to dismiss SGK LLC as a
6  defendant in the Second Amended Complaint. Plaintiffs' counsel requested additional time to
7  analyze and consider this request; and

8  WHEREAS the Parties, by counsel, have agreed that in order to accommodate potential
9  resolution of these issues, Defendant Schawk shall have additional time to file an answer or
10 otherwise respond to Plaintiffs' Second Amended Complaint. The Parties do not believe that this
11 extension will alter the date of any event or any deadline already fixed by Court order and merely
12 extends the time within which to answer or otherwise respond to the Second Amended
13 Complaint.

14 THEREFORE, Defendant Schawk's deadline to answer or otherwise respond to Plaintiffs'
15 Second Amended Complaint is now October 2, 2014.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SAN_FRANCISCO/#17003.1
645232.2

- 2 -

JOINT STIP. TO EXTEND DEADLINE TO
RESPOND TO 2ND AMENDED CMPLT.
[CASE NO. 3:14-CV-02257 NC]

IT IS SO STIPULATED

Dated: September 24, 2014

VEDDER PRICE (CA), LLP

By: _____
Heather M. Sager

Attorneys for Defendant
SCHAWK USA INC.

Dated: September 24, 2014

BOUTIN JONES INC.

By: _____
Robert D. Swanson
Bashar Ahmad

Attorneys for Plaintiffs
PATRICK HAGERMAN AND MARK SILVA

ORDER

Dated: October 2, 2014

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SAN_FRANCISCO/#17003.1
645232.2

- 3 -

JOINT STIP. TO EXTEND DEADLINE TO
RESPOND TO 2ND AMENDED CMPLT.
[CASE NO. 3:14-CV-02257 NC]