```
VEDDER PRICE (CA), LLP
Heather M. Sager (State Bar No. 186566)
hsager@vedderprice.com
Brittany A. Sachs (State Bar No. 287651)
bsachs@vedderprice.com
275 Battery Street
Suite 2464
San Francisco, California 94111
T: +1 (415) 749-9500
F: +1 (415) 749-9502

Attorneys for Defendant
SCHAWK USA INC.

BOUTIN JONES INC.
Robert D. Swanson (State Bar No. 162816)
rswanson@boutinjones.com
Bashar Ahmad (State Bar No. 258619)
bahmad@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7697

Attorneys for Plaintiffs
PATRICK HAGERMAN AND MARK SILVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HAGERMAN and MARK SILVA,<br><br>Plaintiffs,<br><br>vs.<br><br>SCHAWK USA INC., A DELAWARE CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-02257 NC<br><br>**NOTICE OF SCHEDULED MEDIATION DATE AND STIPULATED REQUEST AND [PROPOSED] ORDER SCHEDULING CASE MANAGEMENT CONFERENCE DATE** AS MODIFIED |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SAN_FRANCISCO/#18147.1

NOTICE OF SCHEDULED MEDIATION &
STIP. AND [PROPOSED] ORDER RE CMC
[CASE NO. 3:14-CV-02257 NC]

1   TO THE COURT:

2   Defendant Schawk USA Inc. ("Schawk") and Plaintiffs Patrick Hagerman and Mark Silva
3   (with Schawk collectively the "Parties") by and through their counsel of record, hereby notify the
4   Court and stipulate as follows:

5   WHEREAS the Parties previously requested an extension of their deadline to hold a
6   private mediation session (*see* Doc. 39), which the Court granted (*see* Doc. 40). In so requesting,
7   the Parties indicated they would inform the Court when they scheduled a mediation session and
8   would request a new date for the Case Management Conference.

9   WHEREAS the Parties have scheduled a private mediation session for Tuesday, January
10  28, 2015.

11  THEREFORE the Parties request that the Court continue the December 10, 2014 Case
12  Management Conference until Wednesday, February 4, 2015, at 10:00 a.m., in Courtroom A,
13  15th Floor, San Francisco Federal Courthouse. The Parties ask that the Court grant their request
14  to submit a Joint Report discussing the outcome of the mediation and any additional case
15  developments by Friday, January 30, 2015.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

NOTICE OF SCHEDULED MEDIATION &
STIP. AND [PROPOSED] ORDER RE CMC
[CASE NO. 3:14-CV-02257 NC]

SAN_FRANCISCO/#18147.1

| | |
|---|---|
| IT IS SO STIPULATED | |
| Dated: November 25, 2014 | VEDDER PRICE (CA), LLP |
| | By: _____ <br> Heather M. Sager <br> Brittany A. Sachs |
| | Attorneys for Defendant <br> SCHAWK USA INC. |
| Dated: November 25, 2014 | BOUTIN JONES INC. |
| | By: _____ <br> Robert D. Swanson <br> Bashar Ahmad |
| | Attorneys for Plaintiffs <br> PATRICK HAGERMAN AND MARK SILVA |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____November 25, 2014_____      _____
                                         The Hon. Nathanael M. Cousins

**[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins]**