1  VEDDER PRICE (CA), LLP
   Heather M. Sager (State Bar No. 186566)
2  hsager@vedderprice.com
   Brittany A. Sachs (State Bar No. 287651)
3  bsachs@vedderprice.com
   275 Battery Street
4  Suite 2464
   San Francisco, California 94111
5  T: +1 (415) 749-9500
   F: +1 (415) 749-9502
6
   Attorneys for Defendant
7  SCHAWK USA INC.

8  BOUTIN JONES INC.
   Robert D. Swanson (State Bar No. 162816)
9  rswanson@boutinjones.com
   Bashar Ahmad (State Bar No. 258619)
10 bahmad@boutinjones.com
   555 Capitol Mall, Suite 1500
11 Sacramento, CA 95814-4603
   Telephone: (916) 321-4444
12 Facsimile: (916) 441-7697

13 Attorneys for Plaintiffs
   PATRICK HAGERMAN AND MARK SILVA
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK HAGERMAN and MARK SILVA, | Case No. 3:14-CV-02257 NC |
|---|---|
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)** |
| vs. | |
| SCHAWK USA INC., A DELAWARE CORPORATION, | |
| Defendant. | |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION OF DISMISSAL
[CASE NO. 3:14-CV-02257 NC]

SAN_FRANCISCO/#21610.1

1  IT IS HEREBY STIPULATED by and between the Parties to this action, through the
2  counsel of record, that the above-captioned action be and hereby is voluntarily dismissed in its
3  entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
4  with each party to bear their own costs, including attorneys' fees.

5  Dated: June  8 , 2015                    VEDDER PRICE (CA), LLP

7                                             By: _____
                                                  Heather M. Sager
8                                                 Brittany A. Sachs

9                                             Attorneys for Defendant
                                               SCHAWK USA INC.

11 Dated: June  8 , 2015                    BOUTIN JONES INC.

13                                            By: _____
                                                  Robert D. Swanson
14                                                Bashar Ahmad

15                                            Attorneys for Plaintiffs
                                               PATRICK HAGERMAN AND MARK SILVA

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

JOINT STIPULATION OF DISMISSAL
[CASE NO. 3:14-CV-02257 NC]

SAN_FRANCISCO/#21610.1